# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00765-RBJ-NYW

DOROTHY JONES, an individual, and
DJ's PROPERTIES I, LLC, a Colorado limited liability company,

Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Massachusetts Corporation,

Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Plaintiffs, Dorothy Jones and DJ's Properties I, LLC, and Defendant, Safeco Insurance Company of America (collectively "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice as follows:

1. The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

2. A proposed order is filed herewith for the Court's convenience.

WHEREFORE, Plaintiffs and Defendant respectfully request that this court enter an Order of Dismissal with Prejudice.

Respectfully submitted this 21st day of August, 2018.

| THE FRANKL LAW FIRM, P.C. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| *s/ Keith Frankl* | *s/ Holly C. White* |
| Keith Frankl, Esq. | Brian J. Spano, Esq. |
| 7400 E. Orchard Road, Ste. 225 S. | Holly C. White, Esq. |
| Greenwood Village, Colorado 80111 | 1200 17th Street, Suite 3000 |
| Telephone: (303) 300-2029 | Denver, Colorado  80202-5855 |
| Facsimile: (303) 300-2059 | Telephone:  303-623-9000 |
| kfrankl@franklawfirm.com | Facsimile:  303-623-9222 |
|  | bspano@lrrc.com |
|  | hwhite@lrrc.com |
| *Attorneys for Plaintiffs Dorothy Jones and DJ' Properties I, LLC* | *Attorneys for Defendant Safeco Insurance Company of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2018, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via the CM/ECF system and was served upon the following:

Keith Frankl, Esq.
The Frankl Law Firm, P.C.
7400 E. Orchard Road, Suite 225 S.
Greenwood Village, CO 80111

*Attorneys for Plaintiffs Dorothy Jones
and DJ'sProperties I, LLC*

                                                   *s/ Holly C. White*
                                                   Holly C. White, Esq.